| B9I (Official Form 9I) (Chapter 13 Case) (12/12) | Case Number 15−30137 |
|---|---|
| UNITED STATES BANKRUPTCY COURT Middle District of Alabama | |

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on January 19, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Eddie Segars
3844 Piedmont Dr
Montgomery, AL 36108

| Case Number: <br> 15−30137 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: <br> xxx−xx−7611 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> Richard D. Shinbaum <br> Shinbaum & Campbell <br> P.O. Box 201 <br> Montgomery, AL 36101 <br> Telephone number:  334−269−4440 | Bankruptcy Trustee (name and address): <br> Curtis C. Reding <br> P. O. Box 173 <br> Montgomery, AL 36101 <br> Telephone number:  334−262−8371 |

## Meeting of Creditors
*** photo identification required ***

Date: **February 12, 2015**              Time:  **01:30 PM**
Location:  **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit):  **May 13, 2015**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: April 13, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed.  The hearing on confirmation will be held:
Date: **March 16, 2015**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** <br> One Church Street <br> Montgomery, AL 36104 <br> Telephone number:  334−954−3800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Juan−Carlos Guerrero |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 4:00 PM | Date:  January 19, 2015 |

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

```
                                      United States Bankruptcy Court
                                        Middle District of Alabama
In re:                                                                          Case No. 15-30137-DHW
Eddie Segars                                                                    Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                  Page 1 of 1                  Date Rcvd: Jan 20, 2015
                               Form ID: b9i                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 22, 2015.
db            +Eddie Segars,    3844 Piedmont Dr,    Montgomery, AL 36108-4934
3236178       +ATT,    2978 W JACKSON STREET,    Tupelo, MS 38801-6731
3236179       +CASH ADVANCE,    2553 MADISON AVE,    Montgomery, AL 36107-2003
3236182       +CHECK INTO CASH,    1722 CARTER HILL ROAD,    Montgomery, AL 36106-2002
3236180       +CHECK INTO CASH,    3448 ATLANTA HWY,    Montgomery, AL 36109-2704
3236181       +CHECK INTO CASH,    4013 EASTERN BLVD,    Montgomery, AL 36116-7307
3236183       +CHECK INTO CASH,    6146 ATLANTA HWY,    Montgomery, AL 36117-2800
3236184       +CITIFINANCIAL,    605 MUNN ROAD,    ATTN:C/S CARE DEPT,    Fort Mill, SC 29715-8421
3236175        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3236177        EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3236187       ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
              (address filed with court: GUARDIAN CREDIT UNION,    1789 CONG WL DICKINSON DR,
                Montgomery, AL 36109)
3236189        HSBC,   PO BOX 80028,    Salinas, CA 93912-0028
3236190       +KNOLOGY,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3236192       +ONE MAIN FINANCIAL,    6801 COLWELL BLVD,    Irving, TX 75039-3198
3236193       +PINNACLE,    PO BOX 640,    Hopkins, MN 55343-0640
3236194       +RICE BANKING,    2803 EAST SOUTH BLVD,    Montgomery, AL 36116-2513
3236176       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: rshinbaum@smclegal.com Jan 20 2015 21:25:51      Richard D. Shinbaum,
                Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101
tr            +E-mail/Text: ch13montgomery@ch13mdal.com Jan 20 2015 21:27:09       Curtis C. Reding,
                P. O. Box 173,    Montgomery, AL 36101-0173
3236185        EDI: CRFRSTNA.COM Jan 20 2015 21:18:00      CREDIT FIRST,    6275 EASTLAND ROAD,
                BROOKPARK, OH 44142-1399
3236186       +Fax: 614-760-4092 Jan 20 2015 22:17:51      EASY MONEY,    20 W. FAIRVIEW AVE,
                Montgomery, AL 36105-1655
3236188       +EDI: HFC.COM Jan 20 2015 21:18:00      HSBC,    P.O Box 5253,    Carol Stream, IL 60197-5253
3236191       +EDI: MID8.COM Jan 20 2015 21:23:00      Midland Funding,    8875 Aero Drive Suite 200,
                San Diego, CA 92123-2255
3236195       +E-mail/Text: bankruptcy@speedyinc.com Jan 20 2015 21:26:14       Speedy Cash,    1501 Eastern Blvd,
                Montgomery, AL 36117-1605
3236196       +EDI: AFNIVZWIRE.COM Jan 20 2015 21:23:00      VERIZON,    PO BOX 1850/ M.S. 400,
                ATTN: RECOVERY DEPT.,    Folsom, CA 95763-1850
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2015 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```